IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | CRIMINAL NO. 3:10-524 (CMC) |
| v. | **OPINION and ORDER** |
| Marcus Jones, | |
| Defendant. | |

  This matter is before the court on Defendant's motion for appointment of counsel "for 2255 Proceeding." ECF No. 100. Defendant was sentenced January 6, 2011. An appeal was taken, and the Fourth Circuit Court of Appeals affirmed Defendant's conviction and sentence on February 17, 2012. Accordingly, there are currently no matters pending in this criminal matter for which appointment of counsel would be appropriate.

  Additionally, Defendant has no constitutional right to counsel beyond the direct appeal of his criminal case. *See Pennsylvania v. Finley*, 481 U.S. 551, 555-56 (1987). *See also Crowe v. United States*, 175 F.2d 799 (4th Cir. 1949). Defendant has failed to show that the "interests of justice" require the appointment of counsel at this time. 18 U.S.C. § 3006(a)(2).

  Defendant's motion is therefore **denied**.

  **IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
January 8, 2013